Steven G. Brody, McKee Nelson LLP, New York, NY, Robert P. Hein, Fowler, Hein, Cheatwood, Passino & Williams, P.A., Dan S. McDevitt, Justin Clay Jeffries, King & Spalding, LLP, Atlanta, GA, for Defendants–Appellees.

Before HULL and PRYOR, Circuit Judges, and MOORE,* District Judge.

PER CURIAM:

After review and oral argument, we conclude that Appellant, Lowell Umbarger, has not shown any reversible error in the order of the district court dated March 30, 2007. Thus, we affirm this order of the district court.

**AFFIRMED.**

Bobby L. SCOTT, Melissa Thompson, Individually and on behalf of a class of all others similarly situated, Plaintiffs–Appellants,

v.

ING CLARION PARTNERS, LLC, Individually and d.b.a. Gables Residential Trust, Gables Residential Services, Inc., Lions Gables Realty Limited Partnership, Gables Gp, Inc., Defendants–Appellees.

No. 07–12407.

United States Court of Appeals, Eleventh Circuit.

Jan. 23, 2008.

Halsey G. Knapp, Jr., Mary Lillian Walker, Kevin H. Hudson, Foltz Martin,

Before HULL and PRYOR, Circuit Judges, and MOORE,* District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that Appellants Bobby L. Scott and Melissa Thompson, proceeding individually and on behalf of a class of similarly situated persons, have not shown any reversible error in the district court's orders dated October 31, 2006 and May 7, 2007. Thus, the Court affirms those orders.

**AFFIRMED.**

---

* Honorable K. Michael Moore, U.S. District Judge for the Southern District of Florida, sitting by designation.

* Honorable K. Michael Moore, United States District Judge for the Southern District of Florida, sitting by designation.